MARY HOLROYD, Respondent, *v.* THOMAS SHERIDAN, Appellant, Impleaded with Another.

*Holroyd* v. *Sheridan,* 53 App. Div. 14, appeal dismissed.
(Argued April 15, 1901; decided April 23, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1900, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the ground that the notice of

appeal was not served within sixty days from the date of the service of the order of reversal.

*W. C. D. Willson* for motion.

*Thomas O'Connor* opposed.

Motion granted and appeal dismissed, without costs.